# Ammo Load Worldwide, Inc

815 D Street
Lewiston, ID 83501

**COPY**

**Invoice**

Phone # (208) 746-7012
Fax # (208) 746-1703

| Date | Invoice # |
|---|---|
| 3/21/2014 | 8420 |

**Bill To**

The Western White House, LLC
~~% Gene White~~ %₀ Ty White
2033 Rd 117
Sidney, NE 69162

**Ship To**

| Customer Phone | (308) 254-7184 | Customer Fax | | See Notes | | |
|---|---|---|---|---|---|---|
| Job # | P.O. Number | Terms | | Ship | Via | F.O.B. |
| | | See below | | 3/21/2014 | UPS Ground | Lewiston, ID |

| Qty | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 2 | AA2-01 | COLUMN | 372.31 | 744.62 |
| 1 | AA3-01-02 | PAIR OF HEAD BEARINGS | 101.05 | 101.05 |
| 1 | AE3-21 | SOLENOID | 33.35 | 33.35 |
| 1 | AE3-03-01 | CF & BF SWITCH (INCOMPLETE) | 30.76 | 30.76 |
| 1 | AE3-14-00 | CC Shut-off Switch | 40.54 | 40.54 |
| 1 | AE3-01 | GUARD SHUT-OFF SWITCH | 46.58 | 46.58 |
| 6 | AS3-02 | SPRING - CASE HOLD DOWN DIE, ST #3 | 11.79 | 70.74 |
| 2 | AB1-03-00 | PRIMER PUNCH ROCKER W/SS & GR FIT | 125.06 | 250.12 |
| 1 | AW3-01-01 | COUNTER W/O BRASS ROLLER | 80.50 | 80.50 |
| 1 | ALWMisc | Wiring Diagram (120V) | 0.00 | 0.00 |
| 1 | Shipping | Customer Shipping / Handling ***UPS Ground 20# | 16.99 | 16.99 |



EXHIBIT 5

| | |
|---|---|
| Total | $1,415.25 |
| Payments/Credits | $0.00 |
| Balance Due | $1,415.25 |

WWH0010

# Ammo Load Worldwide, Inc

815 D Street
Lewiston, ID 83501



# Invoice

Phone # (208) 746-7012
Fax # (208) 746-1703

| Date | Invoice # |
|---|---|
| 12/12/2013 | 8069 |

**Bill To**

The Western White House, LLC
% Gene White
2033 Rd 117
Sidney, NE 69162

**Ship To**

| Customer Phone | (308) 254-7184 | Customer Fax | See Notes | | | |
|---|---|---|---|---|---|---|
| Job # | P.O. Number | Terms | | Ship | Via | F.O.B. |
| | | See below | | 12/12/2013 | USPS Priority | Lewiston, ID |

| Qty | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | AW5-01 | OWNER'S MANUAL | 27.31 | 27.31 |
| 1 | AW5-02 | PARTS REFERENCE GUIDE | 9.20 | 9.20 |
| 1 | Shipping | Customer Shipping / Handling ***USPS Priority Mail | 5.25 | 5.25 |

| | | |
|---|---|---|
| | Total | $41.76 |
| | Payments/Credits | $0.00 |
| | Balance Due | $41.76 |

WWH0008

# Invoice

**Howell Munitions & Technology, Inc**
DBA Ammo Load Worldwide / Howell Machine
815 D Street
Lewiston, ID 83501

| Date | Invoice # |
|---|---|
| 3/11/2015 | 9455 |

**Bill To**
The Western White House, LLC
21207 29 Rd
Fowler, KS 67844

**Ship To**
The Western White House, LLC
21207 29 Rd
Fowler, KS 67844

Phone # (208) 746-7012
Fax # (208) 746-1703


PAID 03/23/2015

| Customer Phone | Job # | P.O. Number | Terms | Customer Fax | Ship | Via | F.O.B. |
|---|---|---|---|---|---|---|---|
| 308-249-5675 | | | Net 15 | | 3/11/2015 | UPS 2nd Day | Lewiston, ID |

| Qty | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | PF3-01-A | BOWL - PRIMER FILLER | | |
| | Shipping | Customer Shipping / Handling UPS 2nd Day Air | 17.98 | 17.98 |

**Total**

**Payments/Credits**

**Balance Due** $0.00

ALW 000313

Dean v. Ammo Load Worldwide
United States District Court for the Western District of Arkansas Civil Action No.: 2:14-
SUBJECT TO PROTECTIVE ORDER
DO NOT COPY