IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**JERRED DEAN AND NAOMI DEAN**                                                              **PLAINTIFFS**

**VS.                           NO.   14-2172**

**AMMO LOAD WORLDWIDE, INC.**                                                              **DEFENDANT**

**JOINT AGREED MOTION TO
EXTEND DISCOVERY DEADLINES**

Come the plaintiffs, Jerred Dean and Naomi Dean, husband and wife, by and through their attorneys, Jackson Law Firm and The Boswell Law Firm, and the defendant, Ammo Load Worldwide, Inc., by and through its attorneys, Renzulli Law Firm, LLP, and Friday, Eldredge & Clark, and for their Joint Agreed Motion to Extend Discovery Deadlines, state:

1. The defendant's experts' depositions have been rescheduled from January 13 and 14, 2016 to the week of February 15, 2016 in order to accommodate plaintiffs' counsel, Jim Jackson, whose son underwent jaw surgery at Arkansas Children's Hospital on January 14, 2016.

2. The parties jointly seek an order from the Court allowing depositions set forth herein to occur within the time limits herein specified.  The parties further state that they believe that this extension will not jeopardize the trial date or any other matters of the Court's Case Management Order.

3. The parties also contemplate the necessity to take the deposition of Ammo Load Worldwide's employees from whom these experts obtained

information used in the formulation of their opinions. In the event that the plaintiffs desire to take the deposition of any Ammo Load Worldwide employee who provided information that is disclosed during the experts' depositions, then the parties agree that those depositions can occur so long as they are requested within five days following the expert witness deposition. If requested, the defendant shall make these employees available for deposition by March 15, 2016.

    4.    The parties hereby request that the Court enter an Order approving the following deadlines:

| | |
|---|---|
| February 15-17, 2016: | New deadline for deposing defendant's experts, Ali Reza and Daren Slee; |
| February 19, 2016: | Deadline for requesting depositions of Ammo Load Worldwide employees who provided information to Defendant's experts; |
| March 15, 2016: | Deadline for taking Ammo Load Worldwide employees' depositions who provided information to Defendant's experts. |

    5.    The parties also contemplate the necessity of filing a *Daubert* motion or expert related disqualification motions after the depositions of witnesses Reza and Slee. Therefore, they request that the deadline for filing such motions be extended to March 21, 2016.

    6.    The parties jointly seek an order from the Court allowing depositions set forth herein to occur within the time limits herein specified. The parties further state that they believe that this extension will not jeopardize the trial date or any other matters of the Court's Case Management Order.

7.  The parties hereby request that the Court enter an Order approving the following deadlines:

| | |
|---|---|
| February 15-16, 2016: | New deadline for deposing defendant's experts, Ali Reza and Daren Slee; |
| February 19, 2016: | Deadline for requesting depositions of Ammo Load Worldwide employees who provided information to Defendant's experts; |
| March 15, 2016: | Deadline for taking Ammo Load Worldwide employees' depositions who provided information to Defendant's experts. |
| March 21, 2016 | Deadline for *Daubert* Motions and related expert disqualification motions and for dispositive motions. |

WHEREFORE, the parties pray that this Court grant their Joint Motion to Extend Discovery Deadlines and enter an Order allowing depositions as set forth hereinabove to occur within the time limits herein specified.

Jim Jackson
JACKSON LAW FIRM
124 West Capitol Avenue, Suite 870
Little Rock, Arkansas 72201
Telephone:  (501) 823-3610
Jim@JimJacksonAtty.com

and

THE BOSWELL LAW FIRM


BY:   /s/ Dennis J. Davis
         Dennis J. Davis, AR Bar #87043

3

        Ted Boswell, AR Bar #58003
        P. O. Box 798
        Bryant, AR 72089-0798

        (501) 847-3031
        Fax (501) 847-4354
        djdavis@boswellaw.com
        tboswell@boswellaw.com

        <u>ATTORNEYS FOR PLAINTIFFS</u>

        John V. Tait
        RENZULLI LAW FIRM, LLP
        81 Main Street, Suite 508
        White Plains, NY 10601-1711
        (914) 285-0700   Telephone
        (914) 285-1213   Facsimile

        BY:    <u>s/s John V. Tait (with permission)</u>

        Will Griffin
        Edie R. Ervin
        FRIDAY ELDREDGE & CLARK
        400 West Capitol Avenue, Suite 2000
        Little Rock, Arkansas 72201-3493
        Telephone:  (501) 376-2011

        <u>ATTORNEYS FOR DEFENDANT</u>

## **CERTIFICATE OF SERVICE**

     The undersigned certifies that on the 21st day of January, 2016 I electronically filed the foregoing with the Clerk of the Court using the ECF system which provided electronic service to all attorneys of record:

          <u>/s/ Jim Jackson</u>
          Jim Jackson